| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Shaffer, Craig B. | 2. Court or Organization<br><br>District of Colorado | 3. Date of Report<br><br>02/09/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>Alfred A. Arraj U.S. Courthouse<br>901 19th Street<br>Denver, CO 80294 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 02/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | self-employed diversity consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Arizona State University, Sandra Day O'Connor Law School | 3/9/2016-3/11/2016 | Tempe, Arizona | panelist addressing e-discovery issues | airfare, hotel room, taxi fares, airport parking |
| 2. | Sedona Conference Institute | 3/17/2016-3/18/2016 | San Diego, California | panelist addressing e-discovery issues | airfare, hotel room, taxi fares, airport parking |
| 3. | Mississippi Bar Association | 7/14/2016-7/15/2016 | Destin, Florida | presentation on Federal Rules of Civil Procedure amendments | airfare, hotel room, rental car, airport parking |
| 4. | ABA Professional Liability Section | 9/22/2016 | Chicago, Illinois | presentation on Federal Rules of Civil Procedure amendments | airfare, taxi fares, airport parking |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shaffer, Craig B. | 02/09/2018 |

| 5. | NeLI Discovery Conference | 10/20/2016-10/21/2016 | Kansas City, Kansas | panelist addressing e-discovery issues | airfare, hotel room, airport parking |
|---|---|---|---|---|---|
| 6. | Sedona Conference | 10/27/2016-10/28/2016 | Atlanta, Georgia | panelist addressing e-discovery issues | airfare, hotel room, taxi fares, airport parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 02/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 02/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wells Fargo Bank account | A | Interest | J | T | | | | | |
| 2. Schwab Money Market Fund | B | Interest | K | T | | | | | |
| 3. BMO Intermediate Tax Free CL Y | B | Int./Div. | L | T | | | | | |
| 4. Guggenheim S&P Technology ETF | D | Int./Div. | K | T | | | | | |
| 5. SPDR S&P 500 ETF | D | Int./Div. | K | T | | | | | |
| 6. Vanguard FTSE Developed Markets ETF | A | Int./Div. | K | T | | | | | |
| 7. Oppenheimer International Small Cap | A | Int./Div. | K | T | | | | | |
| 8. Vanguard Telecommunication Services ETF | A | Int./Div. | J | T | | | | | |
| 9. USAA Tax Exempt Intermediate | B | Int./Div. | K | T | | | | | |
| 10. SPDR Dow Jones Global Real Estate ETF | B | Int./Div. | K | T | Buy | 07/21/16 | K | | |
| 11. Trust No. 2 | A | Interest | J | T | | | | | |
| 12. - Schwab Money Market Fund | | | | | | | | | |
| 13. IRA - II | | | | | | | | | |
| 14. - Schwab Money Market Fund | | None | J | T | | | | | |
| 15. - Schwab 1000 Fund - Select | E | Int./Div. | J | T | | | | | |
| 16. - Vanguard Small Cap | E | Int./Div. | M | T | | | | | |
| 17. - T.Rowe Price Personal Strategy Growth<br>Fund | D | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 02/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - The Charles Schwab Corp. common stock | D | Int./Div. | J | T | | | | | |
| 19.  - Doubleline Total Return | | None | O | T | | | | | |
| 20.  - Dodge & Cox International Stock Fund | | None | L | T | | | | | |
| 21.  - Parnassus Equity Income Fund | C | Int./Div. | K | T | | | | | |
| 22.  - Vanguard Equity Income Fund - Admiral Shares | D | Int./Div. | L | T | | | | | |
| 23.  - Seafarer Overseas Growth | B | Int./Div. | K | T | | | | | |
| 24.  - Ridgworth Seix High Yield | A | Int./Div. | J | T | | | | | |
| 25.  - Baird Core Plus Bond Inst. | | None | M | T | | | | | |
| 26.  - Lazard International Strategic Equity Open Shares | | None | J | T | Buy | 04/13/16 | J | | |
| 27.  - Ridgeworth SEIX Float Rate High Inc I | | None | | T | Buy | 10/24/16 | J | | |
| 28.  IRA - III | | | | | | | | | |
| 29.  - Schwab Money Market Fund | | None | J | T | | | | | |
| 30.  - Metropolitan West Total | | None | K | T | Sold (part) | 07/21/16 | K | B | |
| 31.  - Hodges Small Cap | | None | | | Sold | 04/13/16 | K | B | |
| 32.  - Wasatch International Growth Fund | B | Int./Div. | K | T | | | | | |
| 33.  - Artisan International Fund | A | Int./Div. | | | Sold | 10/24/16 | K | B | |
| 34.  - Vanguard Global Ex US Real Estate ETF | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 02/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Tributary Small Co. Instl | D | Int./Div. | K | T | Buy | 10/24/16 | J | | |
| 36. - FMI International Fund | B | Int./Div. | K | T | Buy | 10/24/16 | J | | |
| 37. - MFS Emerging Markets Debt Fund | | None | K | T | Buy | 07/21/16 | J | | |
| 38. - Vanguard High Yield Corp Fund Admiral Share | A | Int./Div. | K | T | Buy | 07/21/16 | J | | |
| 39. Trust No. 3 | | | | | | | | | |
| 40. - Schwab Money Market Fund | | None | K | T | | | | | |
| 41. - Dow Chemical Co. stock | B | Int./Div. | J | T | | | | | |
| 42. - Pimco Incm Inst. Cl. Bond Fund | | None | L | T | | | | | |
| 43. - TCW Total Return Bond Fund | | None | K | T | | | | | |
| 44. - Artisan International Value Fund | C | Int./Div. | L | T | | | | | |
| 45. - JPMorgan Growth Advantage | D | Int./Div. | K | T | | | | | |
| 46. - JP Morgan Large Cap Growth | D | Int./Div. | K | T | | | | | |
| 47. - Guggenheim S&R 500 ETC | A | Int./Div. | | | Sold | 07/21/16 | J | A | |
| 48. - IShares MSCI All Country | B | Int./Div. | | | Sold | 02/22/16 | K | B | |
| 49. - IShares Russell ETF | E | Dividend | L | T | | | | | |
| 50. - IShares TR MSCI EAFE | A | Dividend | K | T | | | | | |
| 51. - Vanguard Value ETF | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Janus Global Real Estate | A | Int./Div. | | | Sold | 02/22/16 | J | A | |
| 53. - Matthews Asia Dividend Fund | | None | L | T | | | | | |
| 54. - Vanguard FTSE All World | | None | J | T | Buy | 07/21/16 | J | | |
| 55. - JPMorgan US Equity Select Shares | E | Int./Div. | L | T | | | | | |
| 56. Trust No. 4 | | | | | | | | | |
| 57. - Capital One Financial CP | B | Int./Div. | J | T | | | | | |
| 58. - General Electric Co. common stock | B | Int./Div. | J | T | | | | | |
| 59. - Hess Corp. common stock | A | Int./Div. | | | Sold | 07/21/16 | J | A | |
| 60. - Home Depot Inc. common stock | C | Int./Div. | J | T | | | | | |
| 61. - Honeywell International common stock | B | Int./Div. | J | T | | | | | |
| 62. - Johnson & Johnson common stock | D | Int./Div. | J | T | | | | | |
| 63. - JP Morgan Chase & Co. common stock | C | Int./Div. | J | T | | | | | |
| 64. - Pepsico Inc. common stock | A | Dividend | J | T | | | | | |
| 65. - IShares Russell ETF Midcap | A | Int./Div. | | | Sold | 07/21/16 | J | A | |
| 66. - Powershs Exchange Trade | | None | J | T | | | | | |
| 67. - Harbor International Fund | A | Int./Div. | J | T | | | | | |
| 68. - Schwab Tax Free Bond Fund | A | Int./Div. | | | Sold | 04/13/16 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 02/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - T. Rowe Price Blue Chip Fund | E | Int./Div. | L | T | | | | | |
| 70. - T. Rowe Price Small Cap Fund | D | Int./Div. | K | T | | | | | |
| 71. - Westcore Co. Tax Exempt Fund | A | Int./Div. | L | T | | | | | |
| 72. - United States Commodity Fund | | None | J | T | | | | | |
| 73. - Energy Select Sector SPDR ETF IV | B | Int./Div. | J | T | Buy | 04/13/16 | J | | |
| 74. - IShares Core MSCI Emerging ETF | | None | J | T | Buy | 07/21/16 | J | | |
| 75. - IShares MSCI EAFE Small Cap ETF | | None | J | T | Buy | 04/13/16 | J | | |
| 76. - Vanguard Intermediate Term Tax Exempt Fund | | None | L | T | Buy | 04/13/16 | L | | |
| 77. IRA IV | | | | | | | | | |
| 78. - Schwab Money Market Fund | | None | J | T | | | | | |
| 79. - Vanguard Reit ETF | A | Int./Div. | J | T | | | | | |
| 80. - Wisdomtree International Small Cap | A | Int./Div. | J | T | | | | | |
| 81. - Tributary Small Co Instl | A | Int./Div. | J | T | Buy | 04/13/16 | J | | |
| 82. - Vanguard Dividend Appreciation ETF | A | Int./Div. | J | T | Buy | 04/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 02/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The investment listed on line 34 of Parte VII was incorrectly identified on the 2015 Financial Disclosure Form as "Vanguard International Equity ETF." The asset has not been changed, but the correct name, "Vnaugard Global Ex US Real Estate ETF," has been cited in this 2016 Financial Disclosure Form.

**FINANCIAL DISCLOSURE REPORT**

Page 11 of 11

Name of Person Reporting

Shaffer, Craig B.

Date of Report

02/09/2018

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Craig B. Shaffer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544